## <u>NOTICE FROM THE OFFICE OF THE UNITED STATES TRUSTEE</u>

## <u>INSTRUCTIONS AND INFORMATION FOR PARTICIPATION IN TELEPHONIC SECTION 341 MEETINGS IN THE DISTRICT OF MARYLAND</u>

Because of developing issues with the COVID−19 virus and the national declaration of emergency by the President of the United States, all § 341 Meetings of Creditors ("Meetings") will be conducted remotely. The information to participate in § 341 Meeting of Creditors ("Meeting") is set forth below. All parties are encouraged to contact the case trustee or check the docket for up−to−date information.

**The guiding principle to this procedure is to avoid in−person contact, both during the Meetings and in preparation for the Meetings, even if that means that Meetings cannot be concluded because certain documents have to be provided at a later time.**

### <u>Zoom Instructions:</u>

- By Video: Five minutes before the scheduled time, go to: zoom.us/join and enter the Zoom ID and password listed next to the presiding trustee. Wait in the waiting room until you are brought into the conference. Mute your mic until your case is called.
- By Telephone: Five minutes before the scheduled time, dial 301−715−8592 and enter the Zoom ID and password listed below next to the presiding trustee. Place your phone on mute until your case is called.

### <u>Telephonic Instructions:</u>

- Five minutes before the scheduled time, dial the call−in number and enter the passcode listed below next to the presiding trustee. Place your phone on mute until your case is called.

### <u>Conference Guidelines:</u>

1. Attend from a quiet area where there is as little background noise as possible.
2. As more than one Meeting will be held during this period, listen for your case to be called. When your case is called, unmute and identify yourself.
3. Please do not speak while the trustee is talking.
4. If any party is attending the Meeting from the same location as another party, which is discouraged, except for persons who live in the same household, use separate devices to participate.
5. Once the Meeting is finished, hang up or disconnect.
6. If you become disconnected before your Meeting is finished, call back.
7. If you are participating by phone:
    a. When speaking during your case, identify yourself.
    b. You must use a touch−tone phone to participate. A landline is preferred, do not use a speakerphone.
    c. Do not put the phone on hold at any time after the call is connected.
8. **No Recording**: The Meetings will be recorded by the trustee or United States Trustee. Any other recordings are prohibited by law.

**Bankruptcy Documents**: Subject to the guiding principle of avoiding in–person contact, Debtors should be prepared and have in front of them copies of documents on which they can reasonably expect to be examined (petition, schedules, statement of financial affairs, tax returns, etc.) or any documents the trustee has indicated in advance that debtors should have available for questioning. Documents should be provided to the trustee according to normal requirements when possible.

**Debtor Identification**: Debtors should provide copies of their photo identification and proof of Social Security number to the presiding trustee at least 5 days prior to the Meeting. Copies may be provided through debtor's counsel or directly to the presiding trustee if unrepresented. If such proof has not been provided, the 341 meeting will be held as scheduled, but will not be concluded until the trustee has received proof of identification. You will receive more specific instructions prior to your Meeting. Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the Meeting.

### Baltimore and Salisbury Meetings

| Chapter | Trustee | Instructions | Meeting Contact | Meeting Code |
|---|---|---|---|---|
| 11 | U.S. Trustee | Telephonic | Call: (866) 626–4103 | Passcode: 2560365# |
| 7 | Monique Almy | Telephonic | Call: (866) 560–7013 | Passcode: 1944549# |
| 7 | Marc Baer | Telephonic | Call: (877) 602–8949 | Passcode: 9376532# |
| 7 | Morgan Fisher | Zoom | Zoom ID: 3893–4937–02 | Password: 471235 |
| 7 | Charles Goldstein | Zoom | Zoom ID: 8725–8767–61 | Password: 676157 |
| 7 | Zvi Guttman | Zoom | Zoom ID: 4105–8005–00 | Password: 613613 |
| 7 | Craig Leavers | Zoom | Zoom ID: 6371–3538–61 | Password: 209327 |
| 7 | Patricia Jefferson | Zoom | Zoom ID: 3431–0354–11 | Password: 555101 |
| 13&12 | Rebecca Herr | Zoom | Zoom ID: 4941–3185–18 | Password: 132513 |
| 13&12 | Robert Thomas | Telephonic | Call: (866) 619–6346 | Passcode: 8577515# |

### Greenbelt and Hagerstown Meetings

| Chapter | Trustee | Instructions | Meeting Contact | Meeting Code |
|---|---|---|---|---|
| 11 | U.S. Trustee | Telephonic | Call: (866) 917–2025 | Passcode: 2926743# |
| 7 | Merrill Cohen | Zoom | Zoom ID: 7412–3367–61 | Password: 264367 |
| 7 | Steven Greenfeld | Zoom | Zoom ID: 8890–1099–34 | Password: 111225 |
| 7 | Laura Margulies | Zoom | Zoom ID: 3399–3591–37 | Password: 341362 |
| 7 | Janet Nesse | Zoom | Zoom ID: 9198–1897–06 | Password: 681437 |
| 7 | Cheryl Rose | Telephonic | Call: (877) 953–9751 | Passcode: 3784925# |
| 7 | Gary Rosen | Zoom | Zoom ID: 6386–6946–87 | Password: 082183 |
| 7 | Roger Schlossberg | Zoom | Zoom ID: 8605–5658–92 | Password: 091101 |
| 7 | Michael Wolff | Zoom | Zoom ID: 6975–9781–91 | Password: 374948 |
| 13&12 | Rebecca Herr | Zoom | Zoom ID: 9282–0661–46 | Password: 132613 |
| 13&12 | Timothy Branigan | Telephonic | Call: (866) 626–4088 | Passcode: 5446001# |